**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7865**

BILLY G. ASEMANI,

                    Plaintiff - Appellant,

          v.

MR. CHRONISTER, Corrections Officer, Eastern Correctional
Institution-East ("ECI-E"); MS. PARKS, Correctional Officer,
ECI-E; MS. JOSEPH, Sergeant, ECI-E; MR. WEBSTER, Lieutenant,
ECI-E, in their individual and official capacities; OFFICER
DAVIS; OFFICE OF THE ATTORNEY GENERAL,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:09-cv-00238-RDB)

Submitted:  March 16, 2010          Decided:  March 22, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy G. Asemani, Appellant Pro Se.   Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani, a frequent filer, appeals the district court's order granting summary judgment to the Defendants on Asemani's action under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Asemani v. Chronister, No. 1:09-cv-00238-RDB (D. Md. Sept. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED